David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

---------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

LIBERTY INTERNATIONAL INSURANCE
LTD. as subrogee and assignee of
Sourcetop Limited;

         Plaintiff,

    - against -

AIR TIGER EXPRESS, INC.; FEDERAL
EXPRESS CORP.; FEDEX EXPRESS;
FEDERAL EXPRESS;

         Defendants.
---------------------------------------------------------x

07 Civ. 6567 (SHS)

**VOLUNTARY DISMISSAL ORDER**

No answer or motion for summary judgment having been filed this action is hereby discontinued pursuant to Fed. R. Civ. P. 41 (a) (1)(i) without prejudice and without costs as to any party.

Dated: New York, New York
      August 6, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Civ. 6567 (SHS)
Voluntary Dismissal Order
Page 2

                                                      _____
                                                      David L. Mazaroli (DM 3929)
                                                      Attorney for Plaintiff
                                                      11 Park Place - Suite 1214
                                                      New York, New York 10007
                                                      Tel.: (212)267-8480
                                                      Fax.: (212)732-7352
                                                      E-mail: dlm@mazarolilaw.com
                                                      File No.: 6WEC-1382